IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRAIRIE STATE GENERATING COMPANY, LLC,<br>Plaintiff,<br><br>v.<br><br>STEELBUILDING.COM, LLC,<br>NCI GROUP, INC, and<br>CENTRIA GENERAL PARTNERSHIP,<br>Defendants. | Case No. 18–CV–01851–JPG |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Prairie State Generating Company, LLC's Amended Complaint against Defendants Steelbuilding.com, LLC; NCI Group, Inc.; and Centria General Partnership is **DISMISSED WITH PREJUDICE**.

**Dated: Tuesday, March 30, 2021**         **MARGARET M. ROBERTIE**
                                            **CLERK OF COURT**

                                            **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**